

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED February 27, 2019.


Sandee Bryan Marion, Chief Justice